UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITANIA SABZEROU, an individual on behalf of herself and all similarly situated aggrieved employees,<br><br>      Plaintiff,<br><br>   v.<br><br>YVES SAINT LAURENT AMERICA, INC., a New York corporation, JESSICA ALVAREZ, an individual; and DOES 1 through 30, inclusive,,<br><br>      Defendant. | Case No. 8:23-cv-01355-JLS-JDEx<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

      Based on the parties' Stipulation (Dkt. 35) and for good cause shown, the Stipulation (Dkt. 35) is entered as an Order of the Court.


Dated: July 22, 2024_____   _____

                           JOHN D. EARLY
                  United States Magistrate Judge