UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV 23-01355-JLS-(JDEx) | Date | January 10, 2025 |
| Title | Titania Sabzerou v. Yves Saint Laurent America, Inc., et al. | | |

**PRESENT: HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | Miranda Algorri |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Orion Robinson | Amanda Beckwith |

**PROCEEDINGS:** (ZOOM HEARING)  Motion for Settlement Approval of Preliminary Approval of Class and PAGA Settlement [43]

---

    The case is called and counsel state their appearance for the hearing on the Motion for Preliminary Approval of Class and PAGA Settlement. The Court has several concerns with the proposed Settlement Agreement, including that no proposed class notice form has been submitted and that no expert report or declaration has been submitted to support the parties' calculations for defendant's maximum potential liability. The Court also has concerns regarding the equity of the distribution of the gross settlement amount, the ability of class members to opt out, and the proposed attorneys' fees and incentive awards.

    The Court orders Counsel to submit, no later than **March 10, 2025**, the following documents: (1) supplemental briefing including a declaration of Plaintiff's retained expert and/or a copy of the expert's report that are sufficiently detailed to allow the Court to assess how Plaintiff's expert arrived at his calculations and conclusions; (2) the proposed class notice forms; and (3) any amended Settlement Agreement (with a redlined version), should the parties choose to amend the Settlement Agreement.

: 19

Initials of Clerk: kd