**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITANIA SABZEROU, an individual on behalf of herself and all similarly situated aggrieved employees,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>YVES SAINT LAURENT AMERICA, INC., a New York corporation; JESSICA ALVAREZ, an individual; and DOES 1-30, inclusive,<br><br>　　　　　Defendants. | Case No. 8:23-cv-01355-JLS-JDE<br><br>**FINAL JUDGMENT** |

Pursuant to the Court's Order (1) Granting Plaintiff's Motion for Final Approval of Class and PAGA Settlement and (2) Granting in Part Plaintiff's Motion for Attorneys' Fees, Costs, and Service Payment (Doc. 77), IT IS ADJUDGED THAT:

1. The Court GRANTS certification of the Settlement Class for reasons discussed in the Court's Preliminary Approval Order (Doc. 60) and Final Approval Order (Doc. 77).  The Settlement Class is defined as "all current and former nonexempt employees of YSL employed during the Settlement Class Period," which is from April 27, 2019 to May 12, 2025, "who did not sign an arbitration agreement or an individual release of claims."

2. The Court GRANTS final approval of the Class Action and PAGA Settlement.  The Parties shall perform their obligations pursuant to the terms of the Agreement and the Final Approval Order.

3. $110,165.47 shall be distributed to Class Members based on the terms of the Settlement Agreement.

4. $50,000.00 shall be allotted to PAGA penalties, with $37,500.00 being paid to the California Labor & Workforce Development Agency and $12,500.00 being distributed to PAGA Aggrieved Employees based on the terms of the Settlement Agreement.

5. Class Counsel shall be paid $62,500.00 in attorneys' fees.  Ten percent (10%) of the awarded attorneys' fees shall be withheld pending Class Counsel's submission of a Post-Distribution Status Report as detailed in the Final Approval Order and below.

6. Class Counsel shall be paid $15,834.53 in costs in accordance with the Final Approval Order.

7. Plaintiff Titania Sabzerou shall be paid $5,000.00 in accordance with the Final Approval Order.

8. The settlement administrator, Phoenix Class Action Administration Solutions, shall be paid $6,500.00 for its fees and expenses.

9. Class Counsel shall file a Post-Distribution Status Report within twenty-one (21) days after the substantial completion of distribution of the Settlement Fund to Settlement Class Members and PAGA Aggrieved Employees, payment to the LWDA, payment of attorneys' fees and costs, and payment of the service award to the Class Representative as set forth in the Final Approval Order.

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED: November 12, 2025

**JOSEPHINE L. STATON**
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE